# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| DIANE MARIE MIKULIN, | ) | 15-83322-CRJ7 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

| | | |
|---|---|---|
| J. THOMAS CORBETT, | ) | |
| UNITED STATES BANKRUPTCY | ) | |
| ADMINISTRATOR FOR THE | ) | |
| NORTHERN DISTRICT OF | ) | |
| ALABAMA, | ) | ADVERSARY PROCEEDING NO. |
| | ) | |
| PLAINTIFF, | ) | 16-80025-JJR |
| | ) | |
| v. | ) | |
| | ) | |
| MARIELLEN MORRISON | ) | |
|   a/k/a MARI MORRISON, | ) | |
| LAW SOLUTIONS CHICAGO, LLC, | ) | |
|   d/b/a UPRIGHT LAW, LLC and | ) | |
|   UPRIGHT LAW, and | ) | |
| UPRIGHT LAW LLC, | ) | |
|   d/b/a UPRIGHT LAW, LLC and | ) | |
|   UPRIGHT LAW | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| WILLIAM EARL COOK and | ) | 15-41812-JJR7 |
| ANGELA JONES COOK, | ) | |
| | ) | |
| DEBTORS. | ) | |

| | | |
|---|---|---|
| J. THOMAS CORBETT, | ) | |
| UNITED STATES BANKRUPTCY | ) | |
| ADMINISTRATOR FOR THE | ) | |
| NORTHERN DISTRICT OF | ) | |
| ALABAMA, | ) | ADVERSARY PROCEEDING NO. |

|                                         | )  |              |
|-----------------------------------------|----|--------------|
| PLAINTIFF,                              | )  | 16-40016-JJR |
|                                         | )  |              |
| v.                                      | )  |              |
|                                         | )  |              |
| MARIELLEN MORRISON                      | )  |              |
|   a/k/a MARI MORRISON,                  | )  |              |
| LAW SOLUTIONS CHICAGO, LLC,             | )  |              |
|   d/b/a UPRIGHT LAW, LLC and            | )  |              |
|   UPRIGHT LAW, and                      | )  |              |
| UPRIGHT LAW LLC,                        | )  |              |
|   d/b/a UPRIGHT LAW, LLC and            | )  |              |
|   UPRIGHT LAW                           | )  |              |
|                                         | )  |              |
|                                         | )  |              |
| DEFENDANTS.                             | )  |              |

## ORDER APPROVING COMPROMISE

This matter came before the Court on October 27, 2016, on the following: Motion to Approve Compromise between the Plaintiff and Defendants (16-40016, Doc. #57); Motion to Approve Compromise between J. Thomas Corbett, Bankruptcy Administrator, and Mariellen Morrison a/k/a Mari Morrison, Law Solutions Chicago LLC d/b/a Upright Law LLC and Upright Law, and Upright Law LLC d/b/a Upright Law LLC and Upright Law (15-41812, Doc. #100); Motion to Approve Compromise between the Plaintiff and Defendants (16-80025, Doc. #40), and Motion to Approve Compromise between J. Thomas Corbett, Bankruptcy Administrator, and Mariellen Morrison a/k/a Mari Morrison, Law Solutions Chicago LLC d/b/a Upright Law LLC and Upright Law, and Upright Law LLC d/b/a Upright Law LLC and Upright Law (15-83322, Doc. #59) (collectively referred to as "Compromise"). Appearing were Robert J. Landry, III, Attorney for the Plaintiff, Valrey W. Early, III, Attorney for the Defendants, Rocco J. Leo, Trustee, and William Dennis Schilling, Attorney for the Trustee.

Based upon the pleadings and representation of counsel and pursuant to 11 U.S.C. § 105(a) and Rule 9019 of the Federal Rules of Bankruptcy Procedure, the Compromise is **APPROVED**.

DATED: October 27, 2016

/s/ James J. Robinson
JAMES J. ROBINSON
Chief United States Bankruptcy Judge

The Order Prepared by:

Robert J. Landry, III
Attorney for Plaintiff
Bankruptcy Administrator's Office
1129 Noble Street, Room 117
Anniston, Alabama 36201

This Order Reviewed By:

Valrey W. Early, III
Attorney for Defendants
601 Beacon Parkway West, Suite 201
Birmingham, Alabama 35209
(205) 536-7798